AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00830 RSL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  GEOFF HEWITT HARTLEY

was received by me on *(date)* June 4, 2020 .

☒ I personally served the summons on the individual at *(place)*  Complaint & Exhibits 1-10   20133 Patterson Avenue, Maple Ridge BC, V2X2P5, CANADA    on *(date)* June 7, 2020 at 5:45 PM; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 175 for services, for a total of $ 175 .

I declare under penalty of perjury that this information is true.

Date: June 15, 2020

*Server's signature*

Jason Price, Process Serving Specialist
Price Process Server Ltd.
*Printed name and title*

ERNEST JACKSON KLIEVER
NOTARY PUBLIC
#201 - 7408 Vedder Road
Chilliwack, BC  V2R 0T8

Price Process Serving Ltd.
141 - 8 - 6014 Vedder Road,
Chilliwack, BC V2R 5P5
*Server's address*

Additional information regarding attempted service, etc:

